SEYFARTH SHAW LLP
Lindsay S. Fitch (SBN 238227)
lfitch@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Sumithra R. Roberts (SBN 256078)
sroberts@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
RANDSTAD GENERAL PARTNER (US), LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA AVTENIEVA,<br><br>        Plaintiff,<br><br>    v.<br><br>RANDSTAD GENERAL PARTNER, (US) LLC, a Delaware Limited Liability Company, SHARI'S BERRIES, INC., a California Corporation, and Does 1 through 20, inclusive,<br><br>        Defendant. | Case No. 2:17-CV-00417-TLN-CKD<br><br>**STIPULATION TO EXTEND DISCOVERY CUTOFF; ORDER**<br><br>**Judge Troy L. Nunley**<br>**Magistrate Judge Carolyn K. Delaney** |

      Plaintiff OLGA AVTENIEVA ("Plaintiff") and Defendant RANDSTAD GENERAL PARTNER (US), LLC ("Defendant"), by and through their counsel, subject to the court's approval, hereby stipulate as follows:

      1.     The First Amended Complaint in this action was filed on January 27, 2017.

      2.     On May 3, 2017, the Court issued its Pre-Trial Scheduling Order and set a discovery cut-off date of March 1, 2018, a dispositive motion deadline of September 6, 2018,

and a trial date of February 4, 2019.

3. Since May 3, 2017, the parties have engaged in written discovery and have scheduled several depositions including the depositions of Plaintiff, and Randstad employees Laurence Fouques and Emily Salerno for November and December 2017.

4. The parties also engaged in mediation through the Voluntary Dispute Resolution Program on August 16, 2017, but were not able to resolve this matter.

5. Due to the upcoming maternity leave of Defendant's counsel Sumithra R. Roberts, Esq., and the schedule of Defendant's counsel Lindsay L. Fitch, and the constraints on scheduling the depositions of at least five additional witnesses around the country, the parties wish to extend the discovery cutoff to June 15, 2018. Because this new cutoff falls three months before the dispositive motion deadline, the parties do not believe this extension will force a change in any other scheduled dates, including the trial date.

NOW, THEREFORE, SUBJECT TO THE COURT'S APPROVAL, THE PARTIES AGREE AS FOLLOWS:

1. The deadline for completion of discovery only shall be extended to June 15, 2018.

IT IS SO STIPULATED.

Dated: November 22, 2017        BRYANT WHITTEN, LLP


/s/ Shelley Bryant
Shelley Bryant, Esq.
Attorneys for Plaintiff
OLGA AVTENIEVA


Dated: November 22, 2017        SEYFARTH SHAW, LLP


/s/ Lindsay S. Fitch
Lindsay S. Fitch, Esq.
Sumithra R. Roberts, Esq.
Attorneys for Defendant
RANDSTAD GENERAL PARTNER (US), LLC

## **ORDER**

The undersigned has considered and approves the Stipulation to Extend the Discovery Cutoff to June 15, 2018.

**IT IS SO ORDERED**.

DATED: November 27, 2017

_____
Troy L. Nunley
United States District Judge